522 P.2d 61

**GLENN DALE RANCHES, INC., an Idaho corporation, Plaintiff-Respondent,**

v.

**Norris SHAUB, Defendant-Appellant,**

**Clara Terry Boyd et al., Defendants.**

**No. 11219.**

Supreme Court of Idaho.

May 10, 1974.

T. V. Behm, Buhl, Webb, Pike, Burton & Carlson, Twin Falls, for defendant-appellant.

Hepworth, Nungester & Felton, John C. Hepworth, Buhl, for plaintiff-respondent.

PER CURIAM:

This is an appeal from an order of the district court wherein the court held appellant Norris Shaub in contempt for violating a permanent injunction which prohibited appellant from diverting more than 10 miners inches of water from the Mendini Tunnel.

An order holding a person in contempt is not an appealable order under I.C. § 7–614. In Barnett v. Reed, 93 Idaho 319, 460 P.2d 744 (1969), this Court stated:

"While the order holding a person in contempt is not appealable under I.C. § 7–614, the writ of review has been recognized as a proper method by which the actions of a court in a contempt proceeding can be reviewed. Mathison v. Felton, 90 Idaho 87, 408 P.2d 457 (1965)." 93 Idaho at 321, 460 P.2d at 746.

Appellant may petition for a writ of review in accordance with the procedures set forth in I.C. § 7–201 et seq. *See* Dutton v. District Court of Third Judicial District, County of Owyhee, 95 Idaho 720, 518 P.2d 1182 (1974).

Appeal dismissed. No costs allowed.